REX DARRELL BERRY, State Bar No. 110219
BRIAN SAMUEL CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GUY, an individual, | Case No. 2:10-cv-01860-MCE-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING ARBITRATION** |
| J.C. PENNEY CORPORATION, INC., a business entity, and DOES 1 through 20, inclusive, | |
| Defendants. | |

## I.   STIPULATION

The parties, through their undersigned counsel of record, hereby stipulate as follows:

1. The parties agree that this matter shall be submitted to final and binding arbitration on all issues raised in this lawsuit.

2. The parties jointly request that all proceedings in this matter be stayed pending completion of the arbitration.  The parties will submit to this Court a status report upon the conclusion of the arbitration.

3. The parties also jointly request that this Court retain jurisdiction over this matter for any post-arbitration proceedings, such as a motion to confirm or vacate the arbitrator's award.

///

///

1

**STIPULATION AND [PROPOSED] ORDER REGARDING ARBITRATION**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____                                BEYER, PONGRATZ & ROSEN

                                                 By _____
                                                    Etan Rosen, Esq.
                                                    Attorneys for Plaintiff, Brian Guy


Dated: _____                                BERRY & BLOCK, LLP

                                                 By _____
                                                    Rex Darrell Berry, Esq.
                                                    Attorneys for Defendant, J.C. Penney
                                                    Corporation, Inc.

## II.   ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

1. The litigation of this matter is hereby stayed, pending the conclusion of final and binding arbitration between the parties. The parties are to select an arbitrator and complete the arbitration promptly. In any event, the parties are to file a Joint Status Report not later than sixty (60) days after this Order is filed electronically regarding status of the arbitration date.

2. The parties are excused from the reporting requirements of Rules 16 and 26 of the Federal Rules of Civil Procedure while this matter is stayed.

3. The parties will file a status report with the Court within twenty (20) days after completion of the arbitration.

4. The Court shall retain jurisdiction over this matter for any post-arbitration proceedings such as a motion to confirm or vacate the arbitration award.

5. The Clerk of the Court is directed to remove this case from the active case list during the pendency of the stay.

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER REGARDING ARBITRATION**

PDF created with pdfFactory trial version www.pdffactory.com