REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

ETAN ROSEN, State Bar No. 173728
BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA   95827
(916) 369-9750
(916) 369-9760 FAX

Attorneys for Plaintiff
BRIAN GUY

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GUY, an individual, | ) Case No. 2:10-cv-01860-MCE-KJN |
| Plaintiff, | ) |
| v. | ) **ORDER RE: STIPULATED DISMISSAL** |
| J.C. PENNEY CORPORATION, INC., a business entity, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is directed to close the case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**ORDER RE: STIPULATED DISMISSAL**